_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
October 07, 2020

Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
*Attorneys for PowerUp Lending Group, Ltd.; and EMA Financial, LLC*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 20-50780-BTB<br>Chapter 11 |
| PHARMAGREEN BIOTECH, INC., | **ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE** |
| Debtor. | |
| | Date of Hearing:    September 30, 2020<br>Time of Hearing:    2:00 p.m. |
| | Judge: Hon. Bruce T. Beesley |

On September 30, 2020 ("Hearing"), the Court conducted a hearing on the Motion to Dismiss Bankruptcy Case ("Motion") [ECF No. 32][1] filed by PowerUp Lending Group, Ltd. ("PowerUp") and EMA Financial, LLC ("EMA") (collectively with PowerUp, "Creditors"). The Motion sought dismissal of the Bankruptcy Case of debtor Pharmagreen Biotech, Inc. ("Debtor") pursuant to 11 U.S.C. § 305(a) or alternatively pursuant to 11 U.S.C. § 1112(b) on the grounds

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above ("Bankruptcy Case") as they appear on the docket maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada.

14280-01/2507878_2.docx

that Pharmagreen does not qualify as a debtor based on its contemplated business operations which include the cultivation and sale of marijuana.

At the Hearing, attorney Richard F. Holley, Esq. of the law firm Holley Driggs appeared on behalf of Creditors; attorney Thomas E. Crowe, Esq. appeared on behalf of Debtor Pharmagreen Biotech, Inc.; attorney Ryan J. Works, Esq. appeared on behalf of Auctus Fund, LLC; and all other appearances were noted on the record at the Hearing.

The Court has read and reviewed the Motion; the papers, pleadings, and declarations filed in support of and in opposition to the Motion; the papers and pleadings on file in this Bankruptcy Case; and all other matters identified by the Court at the Hearing. The Court has also heard the oral arguments of counsel who appeared on the record at the Hearing. Based upon the findings of fact and conclusions of law placed on the record at the Hearing, which are hereby expressly incorporated pursuant to Fed. R. Bankr. P. 9014(a) and (c), and good cause appearing:

**IT IS ORDERED** that the Motion to Dismiss Bankruptcy Case is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court finds that cause exists warranting the dismissal of Debtor's Bankruptcy Case under 11 U.S.C. § 1112(b) and also, alternatively, finds that dismissal of this Bankruptcy Case is appropriate under 11 U.S.C. § 305(a).

**IT IS FURTHER ORDERED** that the Bankruptcy Case of Debtor Pharmagreen Biotech, Inc. is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over any disputes arising from or related to this Order.

**IT IS SO ORDERED.**

Prepared and submitted by:

**HOLLEY DRIGGS**

  /s/ Richard F. Holley
Richard F. Holley, Esq. (NV Bar No. 3077)
Mary Langsner, Ph.D. (NV Bar No. 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for PowerUp Lending Group, Ltd.; and EMA Financial, LLC*

14280-01/2507878_2.docx

**RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐  The Court has waived the requirements set forth in LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion

☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

~~APPROVED/DISAPPROVED~~                      APPROVED/~~DISAPPROVED~~

 DID NOT RESPOND

                                                                   /s/ Ryan J. Works
Thomas E. Crowe, Esq. (NSBN 3048)          Ryan J. Works, Esq. (NSBN 9224)
THOMAS E. CROWE PROFESSIONAL               McDONALD CARANO LLP
LAW CORPORATION                            2300 West Sahara Avenue, Suite 1200
2830 S. Jones Blvd., Suite 3               Las Vegas, Nevada 89102
Las Vegas, Nevada 89146
                                           Philip M. Giordano, Esq.
*Attorneys for Debtor*                     Thomas A. Bockhorst, Esq.
*Pharmagreen Biotech, Inc.*                Giordano & Company, P.C.
                                           REED & GIORDANO, P.A.
                                           47 Winter Street, Suite 800
                                           Boston, Massachusetts 02108-4774

                                           *Counsel for Creditor Auctus Fund, LLC*

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                                           HOLLEY DRIGGS

                                             /s/ Richard F. Holley
                                           Richard F. Holley, Esq.
                                           Nevada Bar No. 3077
                                           400 South Street, Third Floor
                                           Las Vegas, NV  89101

### # #

- 3 -

14280-01/2507878_2.docx